[No. 4675-1.   Division One.   October 18, 1976.]

*In the Matter of the Welfare of* HARVEY JOHNSON, ET AL.

Certiorari to review judgments of the Superior Court for King County, Nos. J-76850, J-76851, J-76852, William C. Goodloe, J., entered April 20, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and Callow, JJ.

[No. 3666-1.   Division One.   October 18, 1976.]

LAKEHAVEN SEWER DISTRICT OF KING COUNTY, *Respondent* v. LLOYD W. FOSTER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 776339, James W. Mifflin, J., entered February 18, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and Callow, JJ.

[No. 3678-1.   Division One.   October 18, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. BLAIR ERNEST KNUDSON, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 3058, Harry A. Follman, J., entered March 7, 1975. *Affirmed* by unpublished opinion per Farris, J., concurred in by Callow and Andersen, JJ.

[No. 1992-2.   Division Two.   October 22, 1976.]

ROGER NIXON, *Appellant*, v. THE DEPARTMENT OF GAME, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 50364, Robert J. Doran, J., entered April 3, 1975. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Reed, J., and Swanson, J. Pro Tem.